# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WILSON EARL LOVE,

    Plaintiff,

v.

THE STATE OF NEVADA,

    Defendant.

Case No.: 2:18-cv-00255-APG-GWF

**Order Denying (1) Criminal Complaint/ Motion to Press Charges, and (2) Motion to Show Cause**

[ECF No. 27, 28]

    The plaintiff has filed a Criminal Complaint, which he also calls a Motion to Press Charges. ECF No. 27. The plaintiff also has filed a Motion to Show Cause (ECF No. 28). Both motions are denied because they are unsupported by facts or law.

    DATED this 19th day of February, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE