# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILSON EARL LOVE, | Case No.: 2:18-cv-00255-APG-EJY |
| Plaintiff | **Order Dismissing Case** |
| v. | [ECF Nos. 51, 56] |
| STATE OF NEVADA, | |
| Defendant | |

On October 1, 2019, I ordered plaintiff Wilson Love to show cause why this action should not be dismissed for failure to timely and properly serve defendant State of Nevada. ECF No. 49. Love's response (ECF No. 52) did not offer any reason or excuse for his failure to properly serve the defendant. Nor do any of his subsequent filings explain this defect.

I THEREFORE ORDER that this case is dismissed without prejudice based on the plaintiff's failure to timely and properly serve process upon the defendant. All pending motions **(ECF Nos. 51, 56) are DENIED without prejudice**. The clerk of court is instructed to close this file.

DATED this 30th day of December, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE